# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JASON COLE,<br>    Plaintiff,<br><br>v.<br><br>RICK ENCAPERA, TERRY CHILDS,<br>JUSTIN SCHULTZ and<br>CALIFORNIA BOROUGH<br>    Defendant. | Civil Action No. 15-104<br>United States Magistrate Judge<br>Cynthia Reed Eddy |

## ORDER

CYNTHIA REED EDDY, United States District Judge.

AND NOW, this 11th day of December, 2015, after consideration of Defendant Justin Shultz's motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF No. 32] and Defendants California Borough, Rick Encapera and Terry Childs' motion to dismiss for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF No. 34] along with the attendant briefs and responses,

IT IS HEREBY ORDERED that Defendant Justin Shultz's motion to dismiss [ECF No. 32] is DENIED;

IT IS FURTHER ORDERED that Defendants California Borough, Rick Encapera and Terry Childs' motion to dismiss [ECF No. 34] is DENIED.

IT IS FURTHER ORDERED that the Defendants file an Answer to Plaintiff's Second Amended Complaint by January 8, 2016.

                                                By the Court,

                                                /s Cynthia Reed Eddy<br>                                                CYNTHIA REED EDDY<br>                                                United States Magistrate Judge

cc: *Counsel for Plaintiff*
Richard J. Cromer, Esquire
Steven M. Toprani, Esquire
Jessica K. Ziemski, Esquire
Leech Tishman Fuscaldo & Lampl, LLC
525 William Penn Place, 28th Floor
Pittsburgh, PA 15219
*via CM/ECF electronic filing*

*Counsel for Defendants Rick Encapera, Terry Childs and California Borough*
Christopher P. Gerber, Esquire
Eric M. Brown, Esquire
Siana, Bellwoar & McAndrew, LLP
941 Pottstown Pike, Suite 200
Chester Springs, PA 19425
*via CM/ECF electronic filing*

*Counsel for Defendant Justin Schultz*
Bernard P. Matthews, Jr., Esquire
Meyer, Darragh, Buckler, Bebenek & Eck
114 South Main Street
Greensburg, PA 15601
*via CM/ECF electronic filing*