IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH

| | | |
|---|---|---|
| JASON COLE, | ) | |
| Plaintiff, | ) ) ) | 2:15-CV-00104-CRE |
| vs. | ) ) | |
| RICK ENCAPERA, TERRY CHILDS, JUSTIN SHULTZ, CALIFORNIA BOROUGH, CASEY DURDINES, | ) ) ) ) ) | |
| Defendants, | ) | |

## **ORDER**

AND NOW, this 16th day of August, 2017, it is HEREBY ORDERED that Defendants California Borough ("Borough"), Terry Childs ("Officer Childs"), Casey Durdines ("Mayor Durdines") and Rick Encapera's ("Chief Encapera") motion for summary judgment [ECF No. 133]; and Defendant Justin Shultz's ("Officer Shultz") motion for summary judgment [ECF No. 136] is GRANTED IN PART AND DENIED IN PART as follows:

(1) The Borough's motion for summary judgment is GRANTED in its entirety;

(2) Mayor Durdines' motion for summary judgment is GRANTED in its entirety;

(3) Chief Encapera's motion for summary judgment is DENIED as to Plaintiff's state law claim for tortious interference with business relationships and is GRANTED in all other respects;

(4) Officer Childs' motion for summary judgment is DENIED in its entirety; and

(5) Officer Shultz's motion for summary judgment is DENIED in its entirety.

BY THE COURT:

s/Cynthia Reed Eddy
United States Magistrate Judge